**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUKENA HAWKINS** | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-7754** |
| | : | |
| **BOBS DISCOUNT FURNITURE, et al.,** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **3rd** day of **November 2026**, upon consideration of Plaintiff's Motion to Remand (the "Plaintiff's Motion") (ECF No. 7), and the docket, it is hereby ordered that the Plaintiff's Motion (ECF No. 7) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**